| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 13-27869<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Order Filed on November 28, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **In Re:**<br><br>Thomas S Siligato, II<br>dba Snack Zone Cafe LLC,<br><br>    Debtor. | |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 28, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court




13-27869
SILIGATO II, THOMAS S
Order on Application for Redaction

**Page 2**

Debtors: Thomas S Siligato, II
dba Snack Zone Cafe LLC
Case No.: 13-27869
Caption of Order: **Order Directing Redaction of Personal Information**

---

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by THE BANK OF NEW TORK MELLON TRUST COMPANY, N.A., AS TRUSTEE ON BEHALD OF COUNTRYWIDE/BANK OF AMERICA BY GREEN TREE SERVICING LLC, and regarding the following documents:

a.  Proof of Claim, filed on November 21, 2013, as claim 3-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.