|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 13-27869<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Thomas S Siligato, II<br>dba Snack Zone Cafe LLC,<br><br>   Debtor. | |

Order Filed on November 28, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 28, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court




13-27869
SILIGATO II, THOMAS S
Order on Application for Redaction

**Page 2**

Debtors: Thomas S Siligato, II
dba Snack Zone Cafe LLC
Case No.: 13-27869
Caption of Order: **Order Directing Redaction of Personal Information**

---

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by THE BANK OF NEW TORK MELLON TRUST COMPANY, N.A., AS TRUSTEE ON BEHALD OF COUNTRYWIDE/BANK OF AMERICA BY GREEN TREE SERVICING LLC, and regarding the following documents:

a. Proof of Claim, filed on November 21, 2013, as claim 3-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas S Siligato, Jr.  
    Debtor

Case No. 13-27869-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 28, 2016  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.  
db          #+Thomas S Siligato, II,    519 Delaware Ave.,    Egg Harbor Township, NJ 08234-9636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:

       Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com  
       Celine P. Derkrikorian    on behalf of Creditor    M&T Bank njecfmail@mwc-law.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Countrywide Home Loans, Inc. cmecf@sternlav.com  
       John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Company mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
       Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Miriam Rosenblatt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. mrosenblatt@rasflaw.com  
       Thomas E. Dowey    on behalf of Debtor Thomas S Siligato, II tdesquire@hotmail.com

                                                                                                                            TOTAL: 10